IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| **BETTY LEMMOND,** individually, as next of kin of and as Administrator of the estate of **DIZZY DEAN LEMMOND,** deceased, | ) ) ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) ) **CASE NO.: CV-12-BE-2678-S** |
| **FRESENIUS USA, INC., FRESENIUS USA MANUFACTURING, INC., FRESENIUS USA MARKETING, INC., FRESENIUS USA SALES, INC., FRESENIUS MEDICAL CARE HOLDINGS, INC., FRESENIUS MEDICAL CARE NORTH AMERICA, INC., and DAVITA, INC.,** | ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

### NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF CLAIMS

Pursuant to Rule 41(a)(1)(A), <u>Federal Rules of Civil Procedure</u>, Plaintiff gives notice of the dismissal of all claims against all Defendants, without prejudice. Plaintiff and the Defendants are to bear their own costs.

/s/ Jon C Conlin
Jon C. Conlin
ASB-7024-J66C
Kristian Rasmussen
ASB-1068-R64R
Alyssa Daniels
ASB-4207-J71N
Attorneys for Plaintiff
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, Alabama  35205

Telephone:  (205) 328-2200
Facsimile:  (205) 324-7896
E-Mail: jconlin@cwcd.com
krassmussen@cwcd.com
adaniels@cwcd.com

**CERTIFICATE OF SERVICE**

      I, Jon C. Conlin, hereby certify that this 20th day of November, 2012, the foregoing pleading was filed electronically and is available for viewing and downloading from the Electronic Case Filing System. The following counsel received service of the Notice of Electronic Case Filing:

      Leigh Anne Hodge
      Attorney for Defendants Fresenius
      Bradley Arant Boult Cummings, LLP
      1 Federal Place
      1819 Fifth Avenue North
      Birmingham, AL  35203-2119

      James C. Gray, III
      Attorneys for Defendant Davita, Inc.
      Lloyd Gray Whitehead & Monroe, PC
      2501 Twentieth Place South, Suite 300
      Birmingham, AL 35223

      */s/ Jon C. Conlin*
      JON C. CONLIN