FILED

2012 Nov-21  AM 10:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **BETTY LEMMOND, individually, as next of kin of and as Administrator of the Estate of DIZZY DEAN LEMMOND, deceased,** ] | |
| ] | **2:12-cv-2678-KOB** |
| **Plaintiff,** ] | |
| ] | |
| **v.** ] | |
| ] | |
| **FRESENIUS USA, INC., et al.,** ] | |
| | |
| **Defendants.** | |

**ORDER OF DISMISSAL**

The court, having received "Notice of Plaintiff's Voluntary Dismissal of Claims" (doc 15), DISMISSES this case WITHOUT PREJUDICE, costs taxed as paid pursuant to Fed. R. Civ. P. 41(a)(1)(A).

DONE and ORDERED this 21st day of November, 2012.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE